UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CASE NO. 06-161-DLB

AUG 16 2006

**MARTIN FRANKS**            **PLAINTIFF**

V.

**STATEWIDE RECOVERY, INC.**            **DEFENDANT**

**SERVE VIA CERTIFIED MAIL, AGENT FOR SERVICE OF PROCESS:**
    William R. Hall
    1365 Pridemore Ct.
    Lexington, KY 40505

## COMPLAINT AND JURY DEMAND

Comes now the Plaintiff, Martin Franks, by and through counsel, and for his Complaint against Defendant Statewide Recovery, Inc., states as follows:

## COURT JURISDICTION

1. This Court has jurisdiction over the subject matter pursuant to Title 15 § 1692k(d).

## COMPLAINT

2. On or about May 9, 2006 Plaintiff, Martin Franks, resided at 6190 Maple Ridge Drive, Taylor Mill, Kentucky 41015, in Kenton County.

3. At all times relevant hereto, Plaintiff was employed by the Covington Police Department.

4. At all times relevant hereto, the Defendant, Statewide Recovery, Inc., was in business for the principal purpose of collecting debts for third parties.

*WOLNITZEK &*
*ROWEKAMP,*
*P.S.C.*
*ATTORNEYS AT LAW*
*LAW OFFICES*

5. At all times relevant hereto, the Defendant, Statewide Recovery, Inc., collected debts for their client, DaimlerChrysler Financial Services Americas, L.L.C.

6. At all times relevant hereto, Plaintiff, Martin Franks, owed a debt to DaimlerChrysler Financial Services Americas, L.L.C., relating to the purchase of an automobile.

7. On or about May 9, 2006, "Casey," an employee of Defendant, Statewide Recovery, Inc., left a phone message with Lt. William Maurer, the supervisor of Plaintiff, Martin Franks, at the Covington Police Department.

8. Said message identified Defendant and Defendant's purpose in collecting Plaintiff Martin Franks' debt owed to DaimlerChrysler Financial Services Americas L.L.C.

9. Said message was communicated without the express permission of Plaintiff, Martin Franks, to contact his employer regarding the aforementioned debt due to the personal and sensitive nature of the information relating to the debt.

10. The Defendant violated the Fair Debt Collections Practices Act (15 U.S.C. § 1692) (heretoafter "the Act"), by leaving said message with Plaintiff's employer about the collection of his debt.

11. On or about May 9, 2006, "Casey," an employee of Defendant, Statewide Recovery, Inc., called Mr. Maurer, the supervisor of Plaintiff, Martin Franks, at the Covington Police Department.

12. During said phone call, Defendant communicated directly with Mr. Maurer about the outstanding debt of Plaintiff.

13. The Defendant violated the Act by having said phone conversation with Plaintiff's employer about the collection of his debt.

14. Defendant Statewide Recovery, Inc., damaged the reputation of Plaintiff, Martin Franks, as a direct and proximate result of the Defendant's conduct of informing the employer of Plaintiff, Martin Franks, of his outstanding debt.

15. Defendant is liable to Plaintiff under the Act, 15 U.S.C. § 1692k, which entitles Plaintiff to actual damages, additional damages up to $1000, and reasonable attorney's fees.

16. The Defendant's actions described above were intentional and caused Plaintiff's emotional distress.

17. Plaintiff, Martin Franks, incurred actual damages resulting from Defendant's intentional infliction of emotional distress upon Plaintiff, Martin Franks.

WHEREFORE, the Plaintiff, Martin Franks demands judgment against the Defendant, Statewide Recovery, Inc., as follows:

A. For their damages as determined by the trier of fact;

B. For Plaintiff's costs herein expended, including reasonable attorney fees;

C. For trial by jury; and

D. For any and all other just and proper relief to which they may appear entitled.

**WOLNITZEK & ROWEKAMP, P.S.C.**

BY: _____
**STEPHEN D. WOLNITZEK** (#78464)
502 Greenup Street
P.O. Box 352
Covington, KY 41012-0352
(859) 491-4444

*WOLNITZEK &
ROWEKAMP,
P.S.C.
ATTORNEYS AT LAW
LAW OFFICES*