UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 06-161-DLB

MARTIN FRANKS                                                                                           PLAINTIFF

VS.                                                            **ORDER**

STATEWIDE RECOVERY, INC.                                                              DEFENDANT

*******************************

Chambers having been orally advised by Plaintiffs' counsel that all parties hereto have compromised, agreed and settled their differences in the above styled action, and the Court being otherwise sufficiently advised;

**IT IS ORDERED as follows:**

1.  That any and all deadlines are hereby **vacated**; and

2.  That the parties shall within **thirty (30) days** from the date of this Order submit their Agreed Entry of Dismissal **specifying that the case is stricken and dismissed** from the docket of this Court.

This 6th day of February, 2007.



Signed By:
David L. Bunning
United States District Judge