*FILED ELECTRONICALLY* 

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CASE NO. 2:06-161-DLB

MAR - 2 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

MARTIN FRANKS     PLAINTIFF

v.

STATEWIDE RECOVERY, INC.     DEFENDANT

### AGREED ORDER OF DISMISSAL

Plaintiff, Martin Franks, and Defendant, Statewide Recovery, Inc. ("Statewide") having reached an agreement concerning all of Plaintiff's claims against Statewide, and the Court having fully considered same:

IT IS HEREBY ORDERED AND ADJUDGED that all claims of Plaintiff's against Statewide are hereby dismissed with prejudice, with each party to bear its own costs.

There being no just cause for delay, this Order is final and appealable.

Entered this 2nd day of March, 2007.

_____
Judge, United States District Court

Signed By:
David L. Bunning
United States District Judge

HAVE SEEN AND AGREED TO; TO BE
ENTERED AND SERVED:


/s Stephen D. Wolnitzek (per phone authority)
Stephen D. Wolnitzek
Wolnitzek & Rowekamp, P.S.C.
502 Greenup Street
P.O. Box 352
Covington, KY 41012-0352
*Counsel for Plaintiff*


/s Helena E. Racin
Henry E. Kinser
Helena E. Racin
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
859.233.2012
*Counsel for Defendant*

30442897.1